STATE of Missouri, Respondent,

v.

Verlin D. PARIS, Appellant.

No. WD 46160.

Missouri Court of Appeals,
Western District.

Aug. 10, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Appeal from convictions of murder in the second degree, § 565.021.1, RSMo 1986, and armed criminal action, § 571.015.1, RSMo 1986, and from consecutive prison terms of fifteen and five years.

Judgment affirmed pursuant to Rule 30.-25(b).